# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| MIGUEL ANGEL A. C.,<br><br>Petitioner,<br><br>v.<br><br>TODD LYONS, *in his capacity as Acting Director, Immigration and Customs Enforcement*; KRISTI NOEM, *Secretary, U.S. Department of Homeland Security*; PAMELA BONDI, *U.S. Attorney General*; DAREN MARGOLIN, *Director for Executive Office for Immigration Review*; and DAVID EASTERWOOD, *Field Office Director of St. Paul Field Office for U.S. Department of Homeland Security, United States Immigration and Customs Enforcement, Enforcement and Removal Operations*,<br><br>Respondents. | Case No. 26-cv-144 (LMP/JFD)<br><br>**ORDER OF DISMISSAL** |

This matter is before the Court on Petitioner's Voluntary Dismissal (ECF No. 5).  **IT IS HEREBY ORDERED** that this action is **DISMISSED WITHOUT PREJUDICE** and without costs or disbursements to any party.

Dated: January 12, 2026

*s/ Laura M. Provinzino*
Laura M. Provinzino
United States District Judge